# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-MJ-663 |
| MICHAEL J. KEITZ<br>*Defendant* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 7, 2025, in the Western District of New York, **MICHAEL J. KEITZ**, did knowingly transmit in interstate commerce a communication, that is, an email, containing one or more threats to injure the persons of another, that is attendees at the Christkindl Market Dinner & Dance at the Granger Homestead in Canandaigua, New York, with the intent to communicate a true threat, with knowledge that the communication would be viewed as a true threat, and with conscious disregard of a substantial risk that the communication would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Sean M. Finn*
*Complainant's signature*

SEAN M. FINN
Task Force Officer
Federal Bureau of Investigation
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 41(d) on:

Date: November 25, 2025

City and State: Rochester, New York

*Judge's signature*

HONORABLE MARK W. PEDERSEN
United States Magistrate Judge, WDNY
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

State of New York   )
County of Monroe   )   ss:
City of Rochester   )

I, SEAN M. FINN, being duly sworn, depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have served in this capacity for approximately one year. I am employed by the New York State Police and have been an Investigator with this agency for the approximately seven years. I am currently assigned to the Joint Terrorism Task Force (JTTF) at the FBI Rochester Resident Agency in Rochester, New York. In my duties as a Task Force Officer, I investigate federal violations related to international and domestic terrorism, including violent crimes and online threats. I further state that I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.      I make this affidavit in support of a criminal complaint charging MICHAEL J. KEITZ with a violation of 18 U.S.C. § 875(c) (interstate transmission of threats to injure the persons of another), in relation to an email threat that he sent to the Director of the Granger Homestead and Carriage Museum in Canandaigua, New York, on or about November 7, 2025.

3.      The assertions made in this affidavit are based on information from relevant reports and records from the Canandaigua Police Department (CPD) and New York State

Police (NYSP) (which includes information from victims and witnesses, records obtained from service providers through Emergency Disclosure Requests, and copies of e-mails sent by MICHAEL J. KEITZ),[1] and my conversations with other law enforcement officers and agents. Because this affidavit is being submitted for a limited purpose, I have not included each and every fact concerning this investigation. Rather, I have set forth only the facts that relate to the issue of whether probable cause exists to believe that MICHAEL J. KEITZ committed the above-described offense.

## FACTS ESTABLISHING PROBABLE CAUSE

4. MICHAEL J. KEITZ is a 56-year-old male, who has no fixed residence but stays at locations in Canandaigua. He has five prior felony convictions for offenses involving Bank Robbery, Assault in the Second Degree, Robbery in the Third Degree, Burglary in the Third Degree, and Grand Larceny in the Fourth Degree. Most recently, on March 11, 2021, KEITZ was convicted of Bank Robbery in the United States District Court for the Western District of New York and sentenced to 84 months in prison. He is currently on federal supervised release for this conviction.

5. The Granger Homestead and Carriage Museum ("Granger Homestead") is a historical site located at 295 North Main Street, Canandaigua, New York. It consists of an "1816 Federal House and furnishings, one of the largest horse-drawn vehicle collections in Western New York State, five outbuildings, and 12 acres of land…" https://grangerhomstead.org/about/. The Granger Homestead offers tours of the grounds and provides "unique experiences for schools, homseschool programs, scouting programs,

---

[1] The excerpts of the emails contained in this affidavit are reproduced verbatim. As a result, they contain any grammatical and typographical errors that were in the original emails.

2

and educational opportunities." https://grangerhomstead.org/programs/. The Granger Homestead is operated by a group of community leaders who serve on the Board of Trustees, which includes individuals with the initials D.Z. and C.Z. Every year, the Granger Homestead hosts various events to financially support its mission and programs. https://grangerhomestead.org/events/. One of those annual events is the Christkindl Market Dinner & Dance, which was scheduled to take place at the Granger Homestead on Saturday, November 8, 2025.

6.      On November 5, 2025, at approximately 1:43 p.m., the Director of the Granger Homestead ("Director") received an email from the email address justonstclair0@gmail.com with the subject line "$20,000 donation consideration." The body of the email read as follows:

> Hi my name is Juston St clair and I still have a couple more personal donations I'm going to make this year. My mom died recently and she was long time admirer of the Granger Homestead, never missing her annual visit when occupying the Canandaigua Lake cottage. I'm strongly inclined to donate at least $20,000 but would like to visit the homestead myself just to get a feel for what I am supporting. I do this with all donations. I believe your season is ended but maybe a quick visit to the grounds some day or evening is possible. I'll only be in the area for about another week because I have to get back to California for a conference. Please let me know if a quick visit is feasible within this timeframe. If all goes well I would consider becoming an annual supporter because as I said my mother was very fond of your history. Thanks

7.      On November 5, 2025, at approximately 4:27 p.m., the Director sent the following email in response:

> Thank you so much, Juston. We are very busy getting ready for our Christkindl Market, dance, and Festival of Trees, but if you don't mind popping in during all the chaos, I'd be happy to show you around and share our history. I'll be here tomorrow and over the weekend. What time is good for you? Even early next week would work – we'll be here!

3

8. On November 6, 2025, at approximately 5:52 a.m., the Director received the following reply email from the email address justonstclair0@gmail.com: "Oh that sounds interesting. When is the market and dance. Maybe I should come to the event. I assume it's there on the grounds right? Is it like an annual fundraiser of sorts?"

9. On November 7, 2025, at approximately 11:13 a.m., the Director received another email from the email address justonstclair0@gmail.com, this time with the subject line "DEATH TO THE JEWS" ("November 7th email"). The body of the email read as follows:

> This is a message from the HANDS OF PALESTINE to the Zionist board members [D.Z.] and [C.Z.] and all the other Jews and crusaders with Palestinians blood on their hands. Our Intifadah squads will bring death and destruction to the Christkindl dance at the Granger Homestead in Canandaigua, New York this Saturday November 8th. When these demon Jews gather to celebrate we will bring a swift justice worse than OCTOBER 7th.

Due to the threat of mass violence in the November 7th email, the Board of Trustees for the Granger Homestead canceled the Christkindl Market Dinner & Dance. The Director estimates that Granger Homestead lost approximately $10,000 in expenses and a substantial amount of revenue because of the cancellation of the event.

10. On November 9, 2025, MICHAEL J. KEITZ was taken into custody by CPD on an unrelated matter. After his arrest, CPD officers conducted two interviews of KEITZ. Prior to both interviews, KEITZ was given his *Miranda* warnings and agreed to waive those rights and speak with the officers. Over the course of the interviews, KEITZ admitted, in sum and substance, that his email address was justonstclair0@gmail.com; that he sent the November 7th email because he was upset that the Director did not respond to his email (sent on November 6, 2025 at 5:52 a.m.) in a reasonable amount of time so he could get a free ticket

4

to the Christkindl Market Dinner & Dance and have a free meal; and that he sent the November 7th email in hopes that the Christkindl Market Dinner & Dance would be canceled.

11. During the investigation, CPD determined that the November 7th email was sent using the wifi service at Wood Library, which is located at 134 North Main Street in Canandaigua. On November 10, 2025, CPD Lieutenant Nathan Lawrence reviewed video surveillance footage from Wood Library from November 7, 2025. In the video, he observed KEITZ on the third floor of the library on the date and at the time that the November 7th email was sent.

12. As detailed above, KEITZ sent the November 7th email via Gmail, which is an email service provided by Google LLC ("Google"). Based on public information, I understand that all Gmail is routed through Google data centers. In addition, I understand that Google does not maintain any data centers in the State of New York. https://www.google.com/about/datacenters/locations/. As a result, the November 7th email necessarily traveled interstate commerce.

## CONCLUSION

13. Based on the foregoing, I submit there is probable cause to believe that, on or about November 7, 2025, in the Western District of New York, MICHAEL J. KEITZ committed a violation of 18 U.S.C. § 875(c) (interstate transmission of threat to injure the persons of another).

*Sean M. Finn*
_____
SEAN M. FINN
FBI TFO

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d) on November 25, 2025.

_____
HONORABLE MARK W. PEDERSEN
United States Magistrate Judge
Western District of New York